IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORGE MARTINEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SKIRMISH, U.S.A., INC. | : | NO.  07-5003 |

## O R D E R

**AND NOW**, this 1st day of July, 2009, upon consideration of Plaintiff's Motion for Reconsideration (Docket No. 102) and the response filed by Defendants Procaps Direct, Inc. and Procaps L.P. (collectively "the Procaps Defendants") **IT IS HEREBY ORDERED** that the Motion for Reconsideration is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.