IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORGE MARTINEZ | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
| SKIRMISH, U.S.A., INC. | : | NO.  07-5003 |

### O R D E R

**AND NOW**, this 6th day of August, 2009, upon consideration of Skirmish's Motion for Reconsideration and/or Appellate Certification Pursuant to 28 U.S.C. § 1292(b) (Docket No. 107) and the documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.